IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN MUNIZ, | ) |
|     Plaintiff, | ) |
| | ) Case No. 1:23-cv-13990 |
| v. | ) |
| | ) Judge Hon. Edmond E. Chang |
| CICERO FOOD MART, INC., | ) |
| a Domestic Corporation, | ) Mag. Judge Hon. Sunil R. Harjani |
|     Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed **with prejudice** as to all claims, causes of action, and parties, with the parties to bear their own costs.

Respectfully submitted by:

| BRIAN MUNIZ | CICERO FOOD MART, INC. |
|---|---|
| By: */s/ Ryan D. Johnson* | By: */s/ Christopher R. Parker* |
| Johnson Law Firm, LLC | Margaret A. Gisch, Esq. (#6204431) |
| 6615 Grand Ave., PMB 423 | Christopher R. Parker, Esq. (#6270398) |
| Gurnee, IL 60031 | GOLAN CHRISTIE TAGLIA LLP |
| (224) 548-0855 | 70 W. Madison, Suite 1500 |
| rjohnsonada@gmail.com | Chicago, Illinois 60602 |
| Bar No. 6304561 | (T): 312-263-2300 |
| *Attorney for Plaintiff* | magisch@gct.law |
| | crparker@gct.law |
| | *Attorneys for Defendant* |