# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Brian Muniz
                          Plaintiff,

v.                                               Case No.: 1:23−cv−13990
                                                      Honorable Edmond E. Chang

Cicero Food Mart, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 22, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the stipulated dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is dismissed with prejudice, each side to bear its own fees and costs. Status hearing of 02/02/2024 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.